IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| PIPER LAKAY ELLIS SNOWTON, | § | |
|---|---|---|
| Plaintiff, | § | |
| V. | § | No. 3:18-cv-2900-S-BN |
| UNITED STATES OF AMERICA, ET. AL., | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court DISMISSES Plaintiff Piper Lakay Ellis Snowton's complaint with prejudice.

SO ORDERED this 27th day of November, 2018

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE